**William COLEMAN, Movant–Appellant,**

v.

**STATE of Missouri, Respondent.**

**No. WD 41240.**

Missouri Court of Appeals,
Western District.

May 2, 1989.

Motion for Rehearing and/or Transfer to Supreme Court Denied May 30, 1989.

Application to Transfer Denied
Aug. 1, 1989.

Thomas J. Marshall, Public Defender, Moberly, for movant-appellant.

William L. Webster, Atty. Gen., John P. Pollard, Asst. Atty. Gen., Jefferson City, for respondent.

Before BERREY, P.J., and
MANFORD and NUGENT, JJ.

## ORDER

**PER CURIAM:**

Appeal from the denial of a Rule 29.15 motion for post-conviction relief.

Affirmed. Rule 84.16(b).